IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMMY D. BELL, #168174, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:04cv642-MHT<br>) (WO) |
| LT. BLACKMAN, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on December 6, 2005 (Doc. # 40), be and is hereby ADOPTED.

(2) The plaintiff's motion to dismiss (Doc. # 39) be and is hereby GRANTED.

(3) This case be and is hereby DISMISSED without prejudice.

(4) No costs are taxed herein.

Done this the 23rd day of January, 2006.

                                                  /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE